Herman Franck, Esq. (SB # 123476)
Law Offices of Herman Franck
926 J Street, Suite 914
Sacramento, CA 95814
Tel. 916 447 8400; Fax 916 447 0720

Attorney for defendants
Tu Van Bui
Situ Xiaqo June

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON

        Plaintiff,

vs.

TU VAN BUI, SITU XIAQO JUNE

        Defendants,
_____/

Case No. 2:05-CV-00347-DFL-KJM

**DEFENDANTS' STIPULATION PERMITTING EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON**

The parties stipulate to the following order:

Defendants are allowed a two week extension to respond to Plaintiff's complaint, to and including May 2, 2005.

SO STIPULATED:


/s/ Scott Johnson
_____                    Date: April 22, 2005
Scott Johnson
Attorney for Plaintiff
Scott Johnson


/s/ Herman Franck
_____           Date: April 26, 2005
Herman Franck, Esq.
Attorney for defendants
Tu Van Bui, Situ Xiaqo June



ORDER BASED ON STIPULATION


The court accepts the foregoing stipulation of the parties, and orders its terms.



   /s/ David F. Levi_____       Date:  29 April 2005
     United States
   District Court Judge

DEFENDANTS' STIPULATION
PERMITTING EXTENSION OF
TIME TO RESPOND TO
COMPLAINT; ORDER THEREON              2