1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   SCOTT N. JOHNSON,                CIV. NO. 05-347 DFL KJM
12        Plaintiff,
13        v.                          <u>ORDER RE DISPOSITION AFTER</u>
                                      <u>NOTIFICATION OF SETTLEMENT</u>
14   TU VAN BUI, et al.,
15        Defendants.
                                  /
16
17       The court has been advised by plaintiff's attorney, Scott
18   N. Johnson, Esq.  that this action has been settled.
19   Therefore, it is not necessary that the action remain upon the
20   court's active calendar.
21       Accordingly, IT IS ORDERED:
22       1.  That counsel file settlement/dismissal documents, in
23   accordance with the provisions of Local Rule 16-160, no later
24   than August 8, 2006, and,
25   //
26   //

                                   1

1    2.   That all hearing dates previously set in this matter
2 are vacated.
3    IT IS SO ORDERED.
4 Dated:  July 19, 2006

                              /s/ David F. Levi
                              DAVID F. LEVI
                              United States District Judge

2